IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41432
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GLORIA PAULIN ALVAREZ,

Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-314-10-S1

--------------------
August 2, 2002

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gloria
Paulin Alvarez has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Alvarez has not filed a response. Our independent review of the
brief and the record discloses no nonfrivolous issue in this direct

_____

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

appeal.  Accordingly, the motion for leave to withdraw is **GRANTED**,

counsel is excused from further responsibilities herein, and the

**APPEAL IS DISMISSED**.  <u>See</u> 5TH CIR. R. 42.2.